IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:02-CR-127-F-3
No. 7:08-CV-23-F

| | |
|---|---|
| REGGIE W. CANADY,<br>        Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>        Respondent. | ORDER |

The Clerk of Court is DIRECTED to designate the petitioner's October 20, 2011, letter motion [DE-345] as one seeking relief from his sentence pursuant to the 18:1 statutory crack cocaine amendment, and to so notify the United States Probation Office.

SO ORDERED.

This, the 28th day of October, 2011.

                      JAMES C. FOX
                      Senior United States District Judge